IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| WILLIAM BARKSDALE, JR., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>              Defendants. | Civil No. 19-17544 (RMB/JS)<br><br>**ORDER** |
| YVETTE LABOSSIERE, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>PHH MORTGAGE CORP., et al.,<br><br>              Defendants. | Civil No. 18-12719 (RMB/KMW)<br><br>**ORDER** |

THIS MATTER comes before the Court upon the Motions to Amend the Complaints in the above-captioned cases [Docket 19-17544, #10; Docket 18-12719, #22] and the letter from Mr. Anthony Edwards filed in case 19-14409-NLH-KMW at Docket Entry 6.  Mr. Edwards' letter states that Attorney Joshua Louis Thomas filed the complaint in 19-14409-NLH-KMW without Mr. Edwards' knowledge or consent.  The letter further states,

> I believe Mr. Barksdale and Mr. Thomas filed a bankruptcy in my name without permission from me.  Mr. Barksdale

1

> also filed a complaint against Wells Fargo Bank in my name, again without my permission. . . . Mr. Barksdale was an old friend that a lot of my friends trusted to help us all flip properties but instead frauded all of us. I am still finding out information on this and it sickens my stomach to find out Mr. Barksdale and all of his unhonest [sic] and shady people at the banks and attorneys he knows are robbing and stealing from his friends.

[Docket 19-14409-NLH-KMW, #6]

Upon review of Mr. Edwards' letter, this Court collected the following information from Court records:

- On June 27, 2019, Attorney Joshua Louis Thomas filed on behalf of Plaintiffs William Barksdale, Jr. and Trene Barksdale a 95-page complaint in this District, seeking to recover damages for "the injuries sustained by Plaintiffs as a result the Defendants specified below acting as an enterprise to extort monies, unlawfully take and transfer title to Plaintiffs' real property located in the State of New Jersey arising from a falsely uttered, fraud in factum, unconscionable, and predatory (per se) securities transaction misrepresented by the Defendants to be a traditional residential mortgage loan." Docket 19-14412-RBK-AMD, Complaint p. 2. That case was dismissed for lack of prosecution on November 18, 2019.

- On September 1, 2019, in the above-captioned case, 19-17544-RMB-JS, Attorney Joshua Louis Thomas filed on behalf of Plaintiffs William Barksdale, Jr. and Trene Barksdale a 106-page complaint in this District, seeking to recover damages for "the injuries sustained by Plaintiffs as a result the Defendants specified below acting as an enterprise to extort monies, unlawfully take and transfer title to Plaintiffs' real property located in the State of New Jersey arising from a falsely uttered, fraud in factum, unconscionable, and predatory (per se) securities transaction misrepresented by the Defendants to be a traditional residential mortgage loan." Docket 19-17544-RMB-JS, Complaint p. 2.

- On December 9, 2011 a "William Barksdale" pleaded guilty to mortgage fraud before District Judge Kugler. See Docket 11-cr-841, #3-5. Mr. Barksdale remains on supervised release at this time. Indeed, a final hearing regarding Revocation of Supervised Release is presently scheduled for March 9, 2020 before Judge Kugler. It is alleged that Mr. Barksdale violated his supervised release by, among other things,

      engaging in "multiple real estate schemes" and "real estate fraud." Docket 11-cr-841, #49, p. 2.

In light of the foregoing, as well as the well-documented history of Attorney Thomas' vexatious and abusive litigation tactics, this Court questions whether Attorney Thomas is prosecuting the above-captioned cases in good faith, in accordance with the rules of professional conduct, and in accordance with the rules of this Court.  The Court also questions whether the "Mr. Barksdale" referenced in Mr. Edwards' letter and/or William Barksdale, the Defendant in Judge Kugler's criminal case, are the same person as William Barksdale, Jr., the Plaintiff in the above-captioned case.  Accordingly,

 **IT IS HEREBY**, on this __**19th**__  day of **February 2019**,

    **ORDERED** that:

(1)  On March 2, 2020 at 1 p.m. in Courtroom 3D, the Court will hold a joint, in-person conference on the record in both of the above-captioned cases to address the questions raised by the above-discussed information.  <u>Plaintiffs William Barksdale, Jr., Trene Barksdale, Yvette Labossiere, and Anthony Momperousse shall personally appear in-person at the conference along with their attorney, Mr. Thomas.</u>  Attorneys for each Defendant may, but are not required to, attend the conference.  The Court will not require the attendance of representatives of each Defendant; and

    (2)  Both of the above-captioned cases are put on **ADMINISTRATIVE TERMINATION** status pending further order of this

Court and until all questions have been answered to this Court's satisfaction; and

**(3)  Failure to comply this Order will likely result in the dismissal of this case and / or the imposition of appropriate sanctions upon the responsible attorney or party / parties.**

<u>s/Renée Marie Bumb</u><br>
RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE