UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                                   **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                            March 2, 2020

**COURT REPORTER: CAROL FARRELL**

                                                **Docket #** 18-12719(RMB/KMW)

**TITLE OF CASE:**

**LABOSSIERE, ET AL vs. PHH MORTGAGE CORP**

**APPEARANCES:**

Joshua Louis Thomas, Esquire for plaintiffs


**NATURE OF PROCEEDINGS: IN-PERSON CONFERENCE**

In Person Conference Held.


Time commenced: 1:00 p.m.      Time adjourned: 1:30 pm      Total 30 Minutes

                                             s/ Marnie Maccariella
                                             DEPUTY CLERK