# FRIEDMAN VARTOLO LLP

A Limited Liability Partnership formed in the State of New York

1325 Franklin Avenue, Suite 230, Garden City, NY 11530
Telephone: (212) 471-5100 | Facsimile: (212) 471-5150

June 9, 2020

**Sent via CM/ECF**
Honorable Renee Marie Bumb
United States Magistrate Judge
United States District Court
District of New Jersey

RE: Yvette Labossiere and Anthony Momperousse v. PHH Mortgage Corporation; et al.
**Docket No.**: 1:18-cv-12719-RMB-KMW
**Firm File Number**: 181588

Your Honor:

My office represents defendants Selene Finance LP, Bluewater Investment Holdings, LLC, and U.S. Bank National Association, Individually and as Trustee for Bluewater Investment Trust 2017-1 (collectively "Defendants") in the above-referenced action. On May 5, 2020, we received an Email notice of the case being closed retroactive to this past February. We thus respectfully request clarification on the status of this matter, and whether the claims are dismissed with prejudice.

Thank you for your time, attention, and kind consideration. Should you have any questions or concerns, please reach out to the undersigned at (929) 223-6834.

**Friedman Vartolo LLP**
A Limited Liability Partnership formed in the State of New York
Attorneys for Defendant BSI Financial Services

/s/ Michael Eskenazi
Michael Eskenazi, Esq.

cc:
All counsel of record via ECF filing